# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Isaias Rosales-Salvador,<br>a.k.a Isiais Rodriguez-Salvador,<br>A209 790 146<br>*Defendant* | )<br>)<br>) Case No. 17-6389MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 4, 2017, in the County of Maricopa in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: (S)AUSA Ryan Goldstein, for AUSA Jillian Besacon

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher M. Baugh
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: October 6, 2017

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about October 4, 2017, Isaias Rosales-Salvador, an alien, was found in the United States of America at or near Sentinel, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas on or about August 4, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about October 4, 2017, at or near Sentinel, in the District of Arizona, Isaias Rosales-Salvador, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 4, 2017, Border Patrol Agent David Ponce encountered an individual near Sentinel, in the District of Arizona. The agent identified himself as Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Isaias Rosales-Salvador, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Rosales-Salvador was transported to the Wellton Border Patrol Station for further processing. Rosales-Salvador was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Isaias Rosales-Salvador to be a citizen of Mexico and a previously deported alien. Rosales-Salvador was removed from the United States to Mexico through Del Rio, Texas, on or about August 4, 2017, pursuant to a removal order issued by an immigration official. There is no record of Isaias Rosales-Salvador in any Department of Homeland Security database to suggest that he

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Isaias Rosales-Salvador in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Rosales-Salvador presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Rosales-Salvador entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Rosales-Salvador's immigration history was matched to him by electronic fingerprint comparison.

5. On October 4, 2017, Isaias Rosales-Salvador was advised of his constitutional rights. Rosales-Salvador freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Rosales-Salvador stated that his true and correct name is Isaias Rosales-Salvador and that he a citizen of Mexico. Rosales-Salvador stated that he entered the United States illegally by walking through the desert near San Luis Rio Colorado, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 4, 2017, Isaias Rosales-Salvador, an alien, was found in the United

States of America at or near Sentinel, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about August 4, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about October 4, 2017, at or near Sentinel, in the District of Arizona, Isaias Rosales-Salvador, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Christopher M. Baugh
United States Border Patrol Agent

Sworn to and subscribed before me
this 6th day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge